**Order entered November 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00984-CV

### SHERIN THAWER, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09242**

## ORDER

The reporter's record in this case is overdue. By postcard dated September 17, 2015, we notified the official court reporter for the 134th Judicial Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response. This appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE